The People of the State of New York ex rel. Marcusz Weisz, Appellant, v. The Independent Order Brith Abraham of the United States of America and Moritz Klein, as President of the Jacob Ascher Lodge No. 6, of the Independent Order Brith Abraham of the United States, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James M. A. Darrach and William F. Beekman, Respondents, v. August Silz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Richard B. Kelly, as Executor of Mary A. Culgin, Deceased, Plaintiff, v. Herman Wronkow and Others, Defendants. William F. Allen, Trustee in Bankruptcy of Raphael Kurzrok, and Henry Huber Company, Appellants, v. Richard B. Kelly, as Executor, etc., of Mary A. Culgin, Deceased, and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements in each case. No opinion. Settle orders on notice.

Samuel Geitzholtz, Appellant, v. Abraham Feldmaus and Harry Kirschbaum, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nathan Bijur, Respondent, v. Alvin W. Krech, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and Scott, JJ., dissenting.)

Five Hundred Fifty-six and Five Hundred Fifty-eight Fifth Avenue Company, Respondent, v. The Lotos Club, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clementine S. Lamadrid, Appellant, v. The Sun Printing and Publishing Association, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. Boyer, Respondent, v. Metropolitan Sewing Machine Company, Defendant, Appellant. Lucius N. Littauer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Dennis E. Sheehan, Respondent, for an Order Directing Joseph Martin, Appellant, to Pay Over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mutual Contract Protection Company, Respondent, v. Cæsar Misch, Incorporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (McLaughlin and Scott, JJ., dissenting.)

Benoit Wasserman, Respondent, v. Edith S. Jacobs, Appellant, Impleaded with Margaret B. Lawrence and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Joseph Murray and Another.— Motion granted.

The People of the State of New York v. Adelina Varasino.— Motion denied on conditions stated in order.